```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I St., Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2729
 5
 6
 7                  IN THE UNITED STATES DISTRICT COURT
 8                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )  No. 2:10-cr-00455-MCE
                                 )
11                 Plaintiff,    )
                                 )  MOTION TO DISMISS INDICTMENT
12            v.                 )  AND ORDER
                                 )
13  MANUEL PEREZ,                )
                                 )
14                 Defendants.   )
    _____)
15
16       Pursuant to Rule 48 of the Federal Rules of Criminal
17  Procedure, the United States of America, by and through its
18  undersigned attorney, moves this Court for an order dismissing
19  the indictment against Manuel Perez in Case No. S-10-455 MCE.
20  The indictment in this case was filed on October 21, 2010.  The
21  two-count indictment charged the defendant with violating 21
22  U.S.C. §§ 846 and 841(a)(1) – Conspiracy to Distribute Over 500
23  Grams of Methamphetamine and Possession with Intent to Distribute
24  Methamphetamine.  The government asks that the indictment be
25  dismisses without prejudice.
26  ///
27  ///
28  ///
```

1

1    This motion is made in the interest of justice in light of
2 evidence discovered post indictment regarding the defendant's
3 participation in the conspiracy to distribute methamphetamine and
4 his involvement in the actual distribution of the methamphetamine
5 at issue in this case.
6    The defendant is currently being detained as a result of the
7 charges in the pending indictment.

10 DATE: December 27, 2010           BENJAMIN B. WAGNER
                                     United States Attorney

12                                   By: /s/ Michael M. Beckwith
                                     MICHAEL M. BECKWITH
13                                   Assistant U.S. Attorney

16                         **O R D E R**

18 APPROVED AND SO ORDERED.

20  Dated: January 5, 2011
                                     _____
                                     MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE

2